# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                Plaintiff,

v.

FAITH ROSE GRATZ,
                Defendant,

**Criminal No. 22-cr-120**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    (  ) Ad Testificandum

Name of Detainee: FAITH ROSE GRATZ
Detained at (custodian): WASHINGTON COUNTY JAIL

The government is requesting the **U.S. Marshals** to transport detainee.

Detainee is:   a.)   (X) charged in this district by: Indictment
                        Charging Detainee With: Conspiracy To Distribute Methamphetamine
or        b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of this proceeding
or        b.)   (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on June 17, 2022 at 1:00 p.m. in the courtroom of The Honorable John F. Docherty.

Dated: June 16, 2022                                      *s/ Harry M. Jacobs*
                                                        HARRY M. JACOBS, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum    (  ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

June 16, 2022                                           *s/ John F. Docherty*
Date                                                      THE HONORABLE JOHN F. DOCHERTY
                                                        UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| A.K.A.(s) (if applicable): | Gender: Female |
| Booking or Fed. Reg.#: | DOB: xx/xx/1997 |
| Facility Address: | Race: |
| | FBI #: |
| Facility Phone: | |
| Currently Incarcerated For: | |

**RETURN OF SERVICE**

**Executed on** _____ **by** _____ _____
                                                                                          (Signature)

                                                                                          Writ issued 6/16/2022