IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | BEFORE:   JON T. HUSEBY |
| | ) | U.S. Magistrate Judge |
| v. | ) | |
| | ) | Case No:  22-cr-120 ECT/BRT |
| Faith Rose Gratz(1), | ) | Date:  June 22, 2022 |
| Defendant, | ) | Video Conference |
| | ) | Time Commenced:  10:07 a.m. |
| | ) | Time Concluded:  10:10 a.m. |
| | | Time in Court:  3 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

  Plaintiff: Harry Jacobs, Assistant U.S. Attorney
  Defendant:  Sarah Weinman   and Shannon Elkins
            X FPD

On   X Indictment

X Deft Ordered Detained - Govt to submit proposed order

Additional Information:
X Defendant consents to this hearing via video conference.

Detention hearing waived and reserved.
Defendant arraigned, see arraignment minutes and order.


                                                                    s/JAM
                                                    Signature of Criminal Duty Clerk

M:\templates\Det Prelim Min.wpt                                Template Updated: 06/2013